SAMUEL ALTMAN, Appellant, *v.* NATIONAL DYEING AND
PRINTING COMPANY, Respondent.

Argued November 19, 1937; decided December 7, 1937.

*Herman Mendes, Jacob Krisel* and *George Lessall* for appellant.

*Horace S. Manges, Frank L. Weil* and *Eli M. Spark* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.